# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**WARDELL LILWATT CURRY**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:13CR00236 -01**<br><br>MATTHEW BOCKMON, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]　admitted guilt to violation of charges  1,2, 3,4,5,6,14 AND 15  as alleged in the violation petition filed on 6/6/2014 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |


The court: [✔] revokes supervision heretofore ordered on   6/28/2011  .

　　　The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]　Charges 7, 8, 9, 10, 11, 12, 13 AND 16 are dismissed.

　　　**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

　　　IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/21/2014
Date of Imposition of Sentence

/s/ John A. Mendez
Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge
Name & Title of Judicial Officer

10/23/2014
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet I        Case 2:13-cr-00236-JAM   Document 21   Filed 10/23/14   Page 2 of 3

CASE NUMBER:      2:13CR00236 -01                                             Judgment - Page 2 of 3
DEFENDANT:        WARDELL LILWATT CURRY

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | WILLFUL LACK OF REGULAR EMPLOYMENT | 7/11/2013 |
| 2 | FAILURE TO SUBMIT TRUTHFUL AND COMPLETE MONTHLY REPORT FORMS AS DIRECTED | 5/2013 |
| 3 | UNAUTHORIZED TRAVEL | 5/12/2013 |
| 4 | UNAUTHORIZED POSSESSION OF MATERIAL DEPICTING SEXUALLY EXPLICIT CONDUCT | 6/13/2013 |
| 5 | FAILURE TO FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER | 7/21/2013 |
| 6 | FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES OF THE PROBATION OFFICER | 6/24/2013 |
| 14 | NEW LAW VIOLATION | 11/2/2013 |
| 15 | NEW LAW VIOLATION | 11/2/2013 |

| | | |
|---|---|---|
| CASE NUMBER: | 2:13CR00236 -01 | Judgment - Page 3 of 3 |
| DEFENDANT: | WARDELL LILWATT CURRY | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 13 MONTHS .

[✔] No TSR: Defendant shall cooperate in the collection of DNA.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___ .
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal